F. C. MOSER, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, a Corporation, Appellee.

No. 11073.

Circuit Court of Appeals, Ninth Circuit.

March 11, 1946.

Rehearing Denied June 21, 1946.

Welts & Welts, of Mount Vernon, Wash., J. C. Bollinger, of Methow, Wash., and Clarence J. Coleman, of Everett, Wash., for appellant.

Wright, Innis, Simon & Todd, of Seattle, Wash. (Clarence R. Innis and Charles H. Todd, both of Seattle, Wash., of counsel), for appellee.

Before GARRECHT, DENMAN, and BONE, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment dismissing the third cause of action of appellant's complaint and directing the jury to bring in a verdict for the appellee on the appellant's second amended first and fourth causes of action.

The district court's opinions[1] giving the reasons for its judgment are accepted by us and the judgment appealed from is

Affirmed.

---

[1] No opinions for publication.